IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMY KERNAN HESTER,

    Plaintiff,

vs.                                          No. 12-cv-00524 GBW-CG

GEORGE LeBRETON and
LEA COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO COMPEL RELEASE AND PRODUCTION OF DISTRICT ATTORNEY'S FILE**

THIS MATTER having coming before the Court on Defendants' Unopposed Motion To Compel Release and Production of District Attorney's File, (Doc. 16), having been advised that there is no opposition, that District Attorney Janetta Hicks does not oppose and consents to the release of the file sought by defendants, and for good cause shown;

HEREBY FINDS that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the District Attorney's Office may release the file to the parties to this action and shall produce a complete copy of the District Attorney's file, State of New Mexico v. Amy Kernan; Case No. M-26-FR-2011-00441, to counsel for defendants.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

APPROVED BY:

<u>/s/ Amy L. Glasser</u>
Amy L. Glasser
Potts & Associates
6001 Indian School Rd. NE #100
Albuquerque, NM  87110
(505) 889-5252


<u>Approved electronically 07/14/12</u>
Barry Crutchfield
Templeman and Crutchfield
113 E. Washington
Lovington, NM  88260
(575) 396-4927


<u>Approved via facsimile 07/13/12</u>
Janetta B. Hicks, District Attorney
400 N. Virginia, Suite G-2
Roswell, New Mexico 88201
(575)622-4121